

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                    *

NICOLE M. SMITH                           *        Case No. 15-25007-NVA
                                                   (Chapter 7)
      Debtor                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DENYING AS MOOT MOTION [dkt. 16]**
**FOR RELIEF FROM AUTOMATIC STAY**

On October 29, 2015, Nicole M. Smith, the debtor herein (the "Debtor") filed a chapter 7 petition, thus commencing the captioned case. Because the Debtor had a previous bankruptcy case pending within one year of the filing of the current case, the Debtor was only entitled to the automatic stay for a guaranteed period of thirty days.[1]  *See* 11 U.S.C.§ 362 (c) (3) (A).  The Debtor failed to request an extension of the stay for the pendency of this current case. Accordingly, on the thirtieth day after filing, the Debtor's stay terminated.  *See id.*

---

[1] The Debtor's previous bankruptcy case was case no. 14-17464-NVA.  That case was dismissed on December 18, 2014 and closed on February 4, 2015.

Because there is currently no stay in effect in this case, the Court denies the Motion [16] for Relief from Automatic Stay filed by Federal Home Loan Mortgage Corporation as moot.

IT IS SO ORDERED.

cc: Debtor
     attorney for Federal Home Loan Mortgage Corporation
     Chapter 7 Trustee

**END OF ORDER**